FILED BY _____ D.C.

05 OCT 13 PM 5: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED ___ Cas ___ D.C.

2005 OCT 12 PM 1: 02

THOMAS ~
CLERK, U.S. ~
W/D OF TN, ~

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                    Criminal No. 04-20420-MI

KEITH BRYANT

    Defendant

**MOTION GRANTED**
Reset to Wed.
Oct. 26, 2005 @
9:30 A.m.

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

Oct. 13, 2005
DATE

## MOTION TO CONTINUE SENTENCING

Comes now the Defendant-movant, Keith Bryant, by and through his attorney and respectfully moves this Court for an Order to continue the sentencing date in the above entitled action. Attorney for Defendant-movant, Keith Bryant, will be out of town on that date and respectfully request the Court to continue the sentencing date. The attorney for the United States does not oppose this request for continuance.

WHEREFORE, Defendant-movant duly requests that his sentence date be continued.

Respectfully submitted,

_____
Handel R. Durham, Jr.
Attorney at Law
100 N Main Bldg, Suite 2601
Memphis, Tennessee 38103
Tel. No. (901) 543-0866
Fax No. (901) 543-0865

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-14-05

## Certification

I, hereby, certify that a copy of the foregoing Motion was duly forwarded to Lorraine Craig, Assistant United States Attorney, 167 N Main St, Suite 800, Memphis, Tennessee 38103 on this 12th day of October 2005.

_____
Attorney for Defendant

(2)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:04-CR-20420 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT